IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

Dale Miller,

v.

Countrywide Home Loans, Inc., *et al*,

Case No.
2:11-cv-393

## NOTICE OF HEARING

TAKE NOTICE that an **Informal Preliminary Conference** is scheduled for **TUESDAY, MAY 17, 2011** at **10:00 A.M.**  This conference will be held before the **Honorable Michael H. Watson,** United States District Judge in **Courtroom 3** of the Joseph P. Kinneary Courthouse, Columbus, Ohio.

Dated:    May 9, 2011

MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE

By Jennifer Kacsor, Courtroom Deputy