**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)**

| | | |
|---|---|---|
| Dana Miller, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:11-cv-00393-MHW-TPK |
| | : | Judge Michael H. Watson |
| vs. | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Countrywide Home Loans, Inc. *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **NOTICE OF APPEARANCE**

Attorney Scott A. King , Thompson Hine LLP, enters his appearance as trial counsel for Defendants.

Respectfully submitted,

/s/ Scott A. King
Scott A. King (0037582) (Trial Attorney)
Thompson Hine LLP
10 West Second Street
2000 Courthouse Plaza NE
Dayton, Ohio 45402-1758
(937) 443-6560
(937) 443-6830 (fax)
scott.king@thompsonhine.com

Attorney for Defendants

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2011, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  jsherrod@jumplegal.com, counsel for Plaintiff Dana Miller.

                                        /s/ Scott A. King  
                                        Scott A. King

656848v1