

**FILED**

TIME: 2:35P.

**MAY 1 8 2011**

**JAMES BONINI, Clerk**
**COLUMBUS, OHIO**

## United States District Court
## Southern District of Ohio

_____

Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard, Suite 121
Columbus, Ohio 43215

James Bonini
Clerk of Court

Telephone:  614.719.3000
Facsimile:  614.719.3005

### Related Case Memorandum
### Civil Cases

TO:        Judge Watson, Judge Sargus & Magistrate Judge Kemp

FROM:      Eduardo Rivera, Case Administrator

DATE:      May 10, 2011

SUBJECT:   Case Caption: Miller v. Countrywide Home Loans, Inc.

CASE       Case Number: 2:11-cv-393 (Judge Watson / Magistrate Judge Kemp)

           File Date: 5/6/2011

_____

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   Dana J. Miller v. Countrywide Home Loans, Inc. _____

Case Number: 2:09-cv-674 _____        District Judge: Sargus _____

File Date: 8/3/2009 _____        Magistrate Judge: Kemp _____

**Related Case(s):**

Case Caption: _____

Case Number: _____            District Judge: _____

File Date: _____            Magistrate Judge: _____

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator Eduardo Rivera as follows:

**Judges' Response:**

☐     We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑     We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Sargus___.

☐     We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐     We are unable to agree and will accept any decision made by the Chief Judge.

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies