```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Dana Miller,                       :

      Plaintiff,             :

    v.                           :       Case No. 2:11-cv-393

Countrywide Home Loans, Inc., :        JUDGE MICHAEL H. WATSON
et al.,                                Magistrate Judge Kemp

      Defendants.            :


<u>ORDER</u>

    Tammy L. Adkins has moved for admission pro hac vice to appear on behalf of defendants.  The Court grants the motion (#10).  However, the attorney who has been admitted shall, if he or she has not done so already, promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov.  Specifically, that manual provides that "all documents submitted for filing in this district ... in civil cases ... shall be filed electronically using the Electronic Filing System ..." unless manual filing is permitted by the manual or unless electronic filing has been excused by the assigned judge.  Consequently, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events.  The Court may elect to send notices only to local counsel if local counsel, but not pro hac vice counsel, is authorized to receive electronic notices.

                              <u>/s/ Terence P. Kemp</u>
                              United States Magistrate Judge