IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dana Miller, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:11-cv-00393-EAS-TPK |
| | : | Judge Edmund A. Sargus |
| vs. | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Countrywide Home Loans, Inc. *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Attorney John B. Kopf, III of the law firm Thompson Hine LLP, appears as co-counsel for Defendants.  Please direct all future notices, briefs, and other papers required to be served upon Defendants to the undersigned counsel.  Scott A. King of the law firm Thompson Hine LLP remains trial attorney of record for Defendants.

                                      Respectfully submitted,

                                      /s/ John B. Kopf, III
                                      John B. Kopf III (0075060)
                                      Thompson Hine LLP
                                      41 South High Street, Suite 1700
                                      Columbus, Ohio 43215
                                      (614) 469-3200
                                      (614) 469-3361 (fax)
                                      john.kopf@thompsonhine.com

                                      *Attorney for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2011, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  jsherrod@jumplegal.com (counsel for Plaintiff Dana Miller), scott.king@thompsonhine.com (counsel for Defendants).

/s/ John B. Kopf, III
John B. Kopf, III

656972v2