**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION (COLUMBUS)**

| | | |
|---|---|---|
| Dana Miller, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:11-cv-00393-MHW-TPK |
| | : | Judge Michael H. Watson |
| vs. | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Countrywide Home Loans, Inc. *et al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Attorney Kip T. Bollin of the law firm Thompson Hine LLP, appears as co-counsel for Defendants. Please direct all future notices, briefs, and other papers required to be served upon Defendants to the undersigned counsel.

Respectfully submitted,

/s/ Kip T. Bollin
Kip T. Bollin (0065275)
*Kip.Bollin@ThompsonHine.com*
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
(216) 566-5500
(216) 566-5800

*Attorney for Defendants*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2011, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  jsherrod@jumplegal.com, counsel for Plaintiff Dana Miller.


/s/ Kip T. Bollin
Kip T. Bollin