# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **DANA J. MILLER** ) | **CASE NO.: 2:11-cv-393** |
| ) | |
| Plaintiff, ) | **JUDGE: SARGUS** |
| ) | |
| -vs.- ) | |
| ) | |
| **COUNTRYWIDE HOME LOANS, INC.** ) | |
| **Et al.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff inadvertently failed to attach a certificate of service to Doc. No. 22. Undersigned certifies a true and accurate copy of Doc. 22, as well as this Doc. 23, was delivered to all counsel of record, via this Court's ECF system on May 31, 2011.

Respectfully submitted,

**JUMP LEGAL GROUP, LLC**


   __/s/ John Sherrod_____
JOHN SHERROD (0078598)
2130 Arlington Avenue
Columbus, Ohio 43221
614.481.4480
866.513.7315 fax
jsherrod@jumplegal.com

*Counsel for Plaintiff*

1