```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


Dana Miller,                    :

        Plaintiff,              :

     v.                         :      Case No. 2:11-cv-393

Countrywide Home Loans, Inc.,   :      JUDGE MICHAEL H. WATSON
et al.,                                Magistrate Judge Kemp
                                :
        Defendants.
```

ORDER

Plaintiff has moved for an extension of time to file a reply in support of his motion for emergency injunctive relief. The motion sets forth good cause for the extension and the motion (#21) is therefore granted. The new date to file is June 1, 2011.


                              /s/ Terence P. Kemp
                              United States Magistrate Judge