AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DANA J. MILLER,**

    **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-11-393**

**COUNTRYWIDE HOME**     **JUDGE EDMUND A. SARGUS, JR.**
**LOANS, et al.,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

    **Defendants.**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 28, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 28, 2012      JOHN P. HEHMAN, CLERK

     */S/ Andy F. Quisumbing*
     (By) Andy F. Quisumbing
     Courtroom Deputy Clerk